

# NUMBER 13-22-00191-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MISSION CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT,

Appellant,

v.

FRANCISCO GARCIA SR.
AND MARIA GARCIA,                                                Appellees.

**On appeal from the 206th District Court
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina
Memorandum Opinion by Justice Tijerina**

On May 26, 2021, appellees Francisco Garcia, Sr. and Maria Garcia filed a petition

for writ of mandamus in the trial court. Appellant Mission Consolidated Independent

School District filed a plea to the jurisdiction. The trial court denied the plea, and appellant

appealed.

On November 11, 2022, appellees filed a "Motion For Nonsuit Without Prejudice," stating they "no longer desire[] to prosecute their cause of action against [appellant], and requested a Non-suit without prejudice." Appellees requested this Court "enter a nonsuit on all claims against" appellant. We requested a response, and on December 5, 2022, appellants responded: "*These appellees who filed no brief now seek the right to relief. They want to nonsuit their entire dispute so endeth the entire beef*."

We construe appellees' motion for nonsuit as a motion to dismiss the appeal, and we construe appellant's response as unopposed. Having considered the documents on file and the unopposed motion, this Court is of the opinion that the motion should be granted, and the appeal should be dismissed. *See* TEX. R. APP. P. 42.3(a). Accordingly, we grant the appellees' unopposed motion to dismiss, and the appeal is hereby dismissed. Having dismissed the appeal, no motion for rehearing will be entertained.[1]

JAIME TIJERINA
Justice

Delivered and filed on the
8th day of December, 2022.

---

[1] On November 21, 2022, appellees filed a motion for extension of time to file a brief. Because we dismiss the appeal, we dismiss appellees' motion for extension of time as moot.